Steinberg, Fineo, Berger &
Fischoff, P.C.
Proposed Attorneys for the Debtor &
Debtor-in-Possession
Gary C. Fischoff, Esq.
40 Crossways Park Drive
Woodbury, New York 11797
(516) 747-1136

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

In re:                                                                                    Chapter 11

    KELLY 923 REALTY LLC,                                       Case No.

                                                                                                **AFFIDAVIT PURSUANT**
    Debtor.                                                                 **TO RULE 1007-4**


-----------------------------------------------------------------------X

STATE OF NEW YORK)
COUNTY OF NASSAU ) ss.;

    Bijan Danialian, being duly sworn, deposes and says:

    1.    I am the managing member of the debtor herein, and submit this affidavit pursuant to Rule 1007-4 of the Local Bankruptcy Rules.

    2.    The debtor filed a voluntary petition for reorganization under Chapter 11 of the Bankruptcy Code on May    , 2011.

    3.    There are no prior bankruptcy case filings by this Debtor. There are two related, pending bankruptcy case filings, United Marion LLC, Case no. 11-11109-smb, filed March 14, 2011 and United Walton LLC, Case no. 11-11108-smb, filed March 14, 2011; and two related bankruptcy case filings, Bijan Danialian, Case no. 11-11115-smb filed March 14, 2011, which was dismissed May 13, 2011 and Jericho LLC to be filed contemporaneously with this

bankruptcy case filing.

4. The Debtor is a limited liability company. The Debtor is a non-public company and none of its shares are registered under Section 12 of the Securities Exchange Act of 1934. Bijan Danialian holds 100% interest.

5. The Debtor is not a small business within the meaning of Bankruptcy Code Section 101(51D) and is a single asset real estate business with its principal asset located at 923 Kelly Street, Bronx, New York 10459. The Debtor's filing of Chapter 11 was, in substantial part, precipitated by by the delays in rental income caused by New York City's slow payment of rents for Section 8 tenants.

6. There is no pre-petition creditors committee.

7. Pursuant to Bankruptcy Rule 1007 and the local rules of this court the debtor is required to file with this petition a list containing the names and addresses of the twenty largest unsecured creditors (i) excluding those who or which would not be entitled to vote at creditors meeting under 11 U.S.C. Section 702; (ii) such creditors who are employees of the debtor at the time of the filing of the petition of reorganization; and (iii) creditors who are "insiders" as that term is defined in Section 101(25) of the Bankruptcy Code. The list of the twenty largest unsecured creditors is annexed hereto.

8. None of the debtor's property is in the possession or custody of any custodian, public officer, mortgagee, pledgee, assignee of rents, or secured creditor, or agent for an such entity.

9. Actions pending against the Debtor have been included on the Debtor's Statement of Financial Affairs to be filed simultaneously with this affidavit.

10. The Debtor's assets have been included on the Debtor's Schedule B - Personal Property to be filed simultaneously with this affidavit.

11. The debtor's assets and liabilities have been included on the debtor's Schedules to be filed simultaneously with this affidavit.

Sworn to before me this
24th day of May, 2011

_____
Notary Public

JERICHO LLC

_____
By: Bijan Danialian

GARY C. FISCHOFF
Notary Public, State of New York
No. 02FI4845533
Qualified in Nassau County
Commission Expires January 31, 2014